| Date | Pleading Number | |
|---|---|---|
| | | *pltfs George & Synco* |
| 9/17/74 | 1. | MOTION w/factual contentions statement and legal contentions w/ certificate of service. |
| | | REQUESTED TRANSFEREE FORUM:  N.D. Texas |
| 9/27/74 | 2 | RESPONSE -- White Motor Corp., and Freightliner Corp. w/cert. of service |
| 9/30/74 | 3 | RESPONSE -- STRICK CORP. w/cert. of service |
| 10/7/74 | 1a | MOVANT supplemental certificate of service |
| 10/7/74 | 4. | STRICK CORP. -- REPLY BRIEF w/cert. of service |
| 10/10/74 | 5. | REPLY BRIEF -- of def. Strick Corp. to Reponse of Plaintiffs Reply. w/certificate of service. |
| 10/30/74 | | HEARING ORDER -- Setting A-1 through A-4 for hearing, November 22, 1974 Washington, D. C. |
| 11/26/74 | | WAIVERS OF ORAL ARGUMENTS -- Plaintiffs George and Synco; Freightliner Corporation  and Strick Corp. |
| 1/9/75 | | OPINION AND ORDER -- denying transfer of actions pursuant to 28 U.S.C Section 1407 |

OPINION AND ORDER, Jan 9, 1975 Case MDL No. 185 Document 1 Filed 05/01/15 Page 2 of 3
DOCKET NO. 185 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Retire

## Description of Litigation

IN RE TRUCK ACCIDENT NEAR ALAMAGORDO, NEW MEXICO, ON JUNE 18, 1969

### Summary of Panel Action

Date(s) of Hearing(s) **11/22/74**

Date(s) of Opinion(s) or Order(s) **1/9/75**

Consolidation Ordered ____    Name of Transferee Judge ____

Consolidation Denied **xx**    Transferee District ____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | *Charles* George v. Strick Corporation, et al. | W.D.Okla. ~~Eubanks~~ Bohanon | CIV-72-409 | | | | Pltfs. Mot. 9/17/74 |
| A-2 | *Marilyn Lee* Synco, et al. v. Strick Corporation, et al. | W.D.Okla. Bohanon | CIV-72-408 | | | | " |
| A-3 | George v. Strick Corporation, et al. | N.D.Tex. | CA-3-74-658-D | | | | " |
| A-4 | Synco, et al. v. Strick Corporation, et al. | N.D.Tex. | CA-3-74-657-D | | | | " |

p. _____

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 185 -- IN RE TRUCK ACCIDENT NEAR ALAMAGORDO, NEW MEXICO, ON JUNE 18, 1969

| Plaintiff | Defendant |
|---|---|
| GEORGE (A-1, A-3<br>SYNCO, ET AL. (A-2 & A-4)<br>John W. Norman, Esquire<br>Lampkin, Wolfe, Burger, Abel,<br>  McCaffrey & Norman<br>815 Cravens Building<br>Oklahoma City, OKLA   73102 | FREIGHTLINER CORPORATION<br>WHITE MOTOR CORPORATION<br>Robert Lee Guthrie, Esquire<br>1410 Republic National Bank Bldg.<br>Dallas, Texas   75201<br><br>STRICK CORPORATION<br>David S. Kidder, Esquire<br>Thompson, Knight, Simmons & Bullion<br>2300 Republic National Bank Building<br>Dallas, Texas   75201 |